IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. No. 6:25-41 |
| | ) | |
| | ) | 18 U.S.C. § 1001(a)(2) |
| vs. | ) | 18 U.S.C. § 1503(a) |
| | ) | |
| | ) | |
| | ) | |
| MATTHEW TAYLOR OTTO MCCASLAN | ) | INDICTMENT |

## COUNT 1

THE GRAND JURY CHARGES:

On or about November 8, 2024, in the District of South Carolina, MATTHEW TAYLOR OTTO MCCASLAN knowingly and willfully made materially false, fictitious, and fraudulent statements and representations to United States Postal Inspection Service employees, in a matter within the jurisdiction of the executive branch of the Government of the United States, that is: MATTHEW TAYLOR OTTO MCCASLAN stated to Postal Inspectors that (1) in October and November 2021 he saw Individual One and Individual Two creating false correspondence, (2) on May 8, 2022, Individual One admitted that he and Individual Two purposefully tainted evidence and chose not to create a chain of custody log, and (3) in or about May 2024 Individual Three advised MATTHEW TAYLOR OTTO MCCASLAN to wait for prosecution and/or defense attorneys to contact him rather than reporting alleged evidence of a crime. MATTHEW TAYLOR OTTO MCCASLAN well knew these statements were false, as a federal petit jury after receiving testimony and evidence, found MATTHEW TAYLOR OTTO MCCASLAN's brother guilty of stalking, mailing a threatening communication, and sending hoax letters.

All in violation of Title 18, United States Code, Section 1001(a)(2).

JAN 14 2025 PM2:10
RCV'D – USDC G'VILLE SC

## COUNT 2

Beginning on or about August 16, 2024, continuing up and to the date of this indictment, in the District of South Carolina, MATTHEW TAYLOR OTTO MCCASLAN did corruptly endeavor to influence, obstruct and impede the due administration of justice in United States v. Johnathan C. McCaslan, No. 8:23-cr-00749, in the U.S. District Court for the District of South Carolina by creating false documents and providing false information to United States Postal Inspectors purporting to indicate that other persons committed the crimes for which Johnathan C. McCaslan was found guilty by a federal petit jury.

All in violation of Title 18, United States Code, Section 1503(a).

A True Bill

REDACTED

FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _____
William J. Watkins, Jr. (Fed. ID # 07863)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Tel.: 864-282-2100
Fax: 864-233-3158
Email: bill.watkins@usdoj.gov