IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRI. NO. 6:25-CR-41 |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW TAYLOR OTTO MCCASLAN | ) | ELEMENTS AND PENALTIES |

### ESSENTIAL ELEMENTS OF VIOLATION OF 18 U.S.C. §1001

The Government must prove the following elements to prove that Defendant violated Section 1001:

First:      A material statement or representation;

Second:     Which is false, fictitious, or fraudulent;

Third:      Made in a matter within the jurisdiction of a department or agency of the United States; and

Fourth:     Done knowingly and willfully.

MAXIMUM PENALTY

1. Maximum term of imprisonment of five (5) years,
2. Fine of $250,000
3. Supervisor release of three (3) years in addition to any term of imprisonment
4. Special assessment of $100

### ESSENTIAL ELEMENTS OF VIOLATION OF 18 U.S.C. §1503 (obstruction of justice)

ONE:      The defendant corruptly

TWO:      Endeavored to influence, obstruct, or impede

THREE:    The due administration of justice

FOUR:     The defendant knew there was a pending judicial proceeding

MAXIMUM PENALTY

1. Maximum term of imprisonment of ten (10) years,
2. Fine of $250,000
3. Supervisor release of three (3) years in addition to any term of imprisonment
4. Special assessment of $100